UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICHOLAS WUKOSON,**

    **Plaintiff,**                                           **Case No:**

**v.**

**THE CITY OF TAMPA**

    **Defendant.**

_____/

**DEFENDANT, CITY OF TAMPA'S**
**NOTICE OF REMOVAL**

**COMES NOW**, Defendant, CITY OF TAMPA, pursuant to 28 U.S.C. § 1441 and § 1446, by and through his undersigned attorney, and files this Notice of Removal of this action from the 13th Judicial Circuit in and for Hillsborough County, Florida (Case No, 08-CA-014163) to the United States District Court for the Middle District of Florida, Tampa Division, and in support of Removal, the Defendant, states as follows:

## PRELIMINARY FACTS

1. This is a civil action seeking damages against the City of Tampa for actions, which allegedly deprived Nicholas Wukoson of his "civil rights" under the Constitution and laws of the United States of America, specifically the Plaintiff's Complaint asserts a cause of action under 42 U.S.C. §1983, to wit: the Plaintiff's constitutional rights were violated as a result of an alleged false arrest on June 24, 2004 and a subsequent malicious prosecution for Child Abuse. The Complaint seeks a reward of damages as a result of said alleged violations.

2. On or about June 24, 2008, the Plaintiff filed a civil action in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, Case no. 08-ca014163, Division "G", which named the City of Tampa, a municipal corporation of the State of Florida as the sole Defendant.

3. The Complaint is the first occasion when Constitutional issues and/or federal questions of any nature have been alleged in this state court action. This pleading was served upon Defendant on or about August 18, 2008.

## FEDERAL JURISDICTION

4. This Honorable Court has jurisdiction of this cause of action pursuant to 28 U.S.C. §1331 and 28 U.S.C.§1343 (a)(3) and (4), since this is a civil action arising under the Constitution, federal law or federal statutes and seeks to redress the alleged deprivation, under color of state law, statute, ordinance, regulation, custody, or usage of rights or privileges secured by the Constitution of the United States of America or by an act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States; and this

action alleges damages or other relief allegedly resulting from the claimed violation of civil rights.

## TIMELINESS OF REMOVAL

5. This Notice of Removal is timely, as the Plaintiff's Complaint was filed with the state court on June 24, 2008 and was served on the Defendant on August 18, 2008 and is the first pleading which raises any federal questions or any alleged violations of civil rights or other rights secured by the United States Constitution. A copy of the Complaint filed in the State Court proceedings is attached hereto along with all other pleadings which have been filed in the State court action.

## STATE COURT PLEADINGS

6. Defendant, City of Tampa has filed the originals, in Adobe (pdf.) format via diskette, scanned copies, of all process, pleadings, orders or other papers or exhibits of every kind that have been filed in the state court action as of the date of this filing.

**WHEREFORE**, Defendant, **CITY OF TAMPA**, respectfully requests that this Honorable Court enter its Order Removing the entire case from the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully Submitted,

__/s/ *Ursula D. Richardson*____

**Ursula D. Richardson, Esquire**
**Assistant City Attorney, City of Tampa**

## CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Removal Notice was filed with the Clerk of the Circuit Court for the 13th Judicial Circuit in and for Hillsborough County, Florida, Civil Division, this ____ day of August, 2008.

**I FURTHER CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to T. Patton Youngblood, Jr., Esquire, 106 S. Tampania Avenue, Suite 100, Tampa, Florida 33609, on this _____ day of August, 2008.

**CHARLES R. FLETCHER**
**CITY ATTORNEY, CITY OF TAMPA**

_/s/ *Ursula D. Richardson* _____
**URSULA D. RICHARDSON**, Esquire
Assistant City Attorney
FBN: 0064467
315 E. Kennedy Boulevard, 5th Floor
Tampa, FL 33602
(813) 274-7205 Telephone
(813) 274-8809 Facsimile
Ursula.Richardson@Tampagov.net
Attorney for Defendants