UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS WUKOSON,

    Plaintiff,

v.                        Case No.  8:08-cv-1693-T-33EAJ

CITY OF TAMPA,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court upon consideration of the report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 8), filed on October 7, 2008, recommending that defendant City of Tampa's motion to dismiss (Doc. # 3) be granted.  In her report and recommendation, Judge Jenkins recommends that this case be dismissed because the complaint's underlying constitutional claims were resolved in the case of Wukoson v. Baxter, No. 8:07-cv-1360-T24-EAJ. (Doc. # 8.)  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied,

459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. <u>See Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration of the report and recommendation, the Court accepts the report and recommendation of Magistrate Judge Jenkins.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 8) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant City of Tampa's motion to dismiss (Doc. # 3) is **GRANTED**.

(3) This matter is hereby **DISMISSED.**

(4) The clerk is directed to terminate all pending motions and deadlines and to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 10th day of November 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

3